PATRICK H. McGRATTY et al., Appellants, *v.* FREDERICK HABERMAN, Respondent.

*McGratty* v. *Haberman*, 127 App. Div. 199, affirmed.
(Argued November 19, 1909; decided December 7, 1909.)

APPEAL from a judgment entered June 15, 1908, upon an order of the Appellate Division of the Supreme Court in the second judicial department, overruling plaintiff's exceptions

ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment for defendant on a nonsuit at the Trial Term in an action to recover a balance alleged to be due for labor performed and materials furnished.

*William F. Clare* for appellants.

*Abraham Benedict* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and CHASE, JJ.